**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

Civil Action No. 1:23-cv-01513-RMR-NRN

GS HOLISTIC, LLC,

      Plaintiff,

v.

VAPORTOKE INC d/b/a
COLORADO VAPE & TOKE,
MONJED ABED,
DADDY DANKS, INC, and
DANIEL S. TRUJILLO,

      Defendants.

---

## VERDICT FORM

---

We, the jury, find as follows:

1.  **Authenticity of Goods:**

    a.  Do you find that the Gravity infusers at issue in this case are counterfeit?

    ☑ YES  ☐ NO

    *If you answered NO to Questions 1A, then your deliberations are over and you should sign and date below.*

2.  **Trademark Infringement:**

    A.  Do you find that DADDY DANKZ INC. is liable for trademark infringement by counterfeiting?

    ☑ YES  ☐ NO

    B.  Do you find that DANIEL S. TRUJILLO is liable for trademark infringement by counterfeiting?



☑ YES  ☐ NO

*If you answered NO to Questions 2A and 2B, then your deliberations are over and you should sign and date below.  If you answered YES to Questions 2A and/or 2B, please go to Question 2C and then to Section 3.*

C.    What amount of statutory damages do you award?  The amount must be between $1,000 and $200,000 per counterfeit mark.

$ <u>  30,000          </u>

3.    <u>**Willfulness**</u>:

A.    Do you find that DADDY DANKZ INC.'s trademark infringement was willful?

 YES  ☐ NO

B.    Do you find that DANIEL S. TRUJILLO's trademark infringement was willful?

☑ YES  ☐ NO

*If you answered NO to Questions 3A and 3B, then your deliberations are over and you should sign and date below.  If you answered YES to Question 3A and/or 3B, please go to Question 3C.*

C.    What additional amount of statutory damages, if any, do you award?  This amount plus the amount awarded in Question 2C must not exceed $2,000,000 per counterfeit trademark used.

$ <u>  70,000          </u>

SO SAY WE ALL



$\underline{Jan, 28, 2026}$
DATE

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

Civil Action No. 1:23-cv-01513-RMR-NRN

GS HOLISTIC, LLC,

      Plaintiff,

v.

VAPORTOKE INC d/b/a
COLORADO VAPE & TOKE,
MONJED ABED,
DADDY DANKS, INC, and
DANIEL S. TRUJILLO,

      Defendants.

---

## VERDICT FORM

---

We, the jury, find as follows:

1. **Authenticity of Goods:**

   a. Do you find that the Gravity infusers at issue in this case are counterfeit?

   ☑ YES  ☐ NO

   *If you answered NO to Questions 1A, then your deliberations are over and you should sign and date below.*

2. **Trademark Infringement:**

   A. Do you find that VAPORTOKE, INC. is liable for trademark infringement by counterfeiting?

   ☑ YES  ☐ NO

   B. Do you find that MONJED ABED, is liable for trademark infringement by counterfeiting?



☑ YES  ☐ NO

*If you answered NO to Questions 2A and 2B, then your deliberations are over and you should sign and date below. If you answered YES to Questions 2A and/or 2B, please go to Question 2C and then to Section 3.*

C.  What amount of statutory damages do you award? The amount must be between $1,000 and $200,000 per counterfeit mark.

$ *30,000*

3.  **Willfulness:**

A.  Do you find that VAPORTOKE, INC.'s trademark infringement was willful?

☑ YES  ☐ NO

B.  Do you find that MONJED ABED's trademark infringement was willful?

☑ YES  ☐ NO

*If you answered NO to Questions 3A and 3B, then your deliberations are over and you should sign and date below. If you answered YES to Question 3A and/or 3B, please go to Question 3C.*

C.  What additional amount of statutory damages, if any, do you award? This amount plus the amount awarded in Question 2C must not exceed $2,000,000 per counterfeit trademark used.

$ *70,000*

SO SAY WE ALL



$\overline{\text{Jan. 28, 2026}}$
DATE