UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GS HOLISTIC, LLC,

Plaintiff,

Case No. 23-cv-742-pp

v.

A Z VAPOR, INC., *doing business as A Z VAPOR*
and KHALDON SATI,

Defendants.

**VERDICT FORM**

We the jury find as follows:

1. Did defendant A Z Vapor, Inc. willfully use the counterfeit "Stündenglass" and/or stylized "S" trademarks?

   Yes  ✓_____         No  _____

2. Did defendant Khaldon Sati willfully use the "Stündenglass" and/or stylized "S" trademarks?

   Yes  ✓_____         No  _____

3. What amount of statutory damages do you award GS Holistic, LLC? (The amount must be between $1,000 and $200,000 per counterfeit mark used.)

   $ 100,000_____

   *If you answered "yes" to Questions 1 and/or 2 above, answer Question 4.*

1

4. What additional amount of statutory damages, if any, do you award GS Holistic, LLC for any defendant's willful use of the "Stündenglass" and/or stylized "S" trademarks? (The sum of this amount and the amount you awarded in Question 3 must not exceed $2,000,000 per counterfeit mark used.)

$ 650,000

Dated in Milwaukee, Wisconsin this 30th day of July, 2025.

_____
FOREPERSON SIGNATURE

Alyson K. Bree
_____
FOREPERSON PRINTED NAME

2